PROB 12B
ED/AR (12/2010)

# United States District Court
## for the
## Eastern District of Arkansas



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 13 2011

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Michael Anthony Santos | Case Number: 4:07CR00047-01 JLH |

Name of Sentencing Judicial Officer:   Honorable J. Leon Holmes
                                        Chief United States District Judge

Offense:   Possession With Intent to Distribute Methamphetamine

Date of Sentence:   June 26, 2008

Sentence:   120 months Bureau of Prisons, 5 years supervised release, mandatory drug testing, DNA, substance abuse treatment, supervision to be administered in the district of legal residence, and $100 special penalty assessment

Type of Supervision:   Supervised Release     Date Supervision Commenced: December 17, 2011
                                              Expiration Date: December 16, 2016

Asst. U.S. Attorney:  Edward O. Walker         Defense Attorney: Hugh Richardson Laws

U.S. Probation Officer:  Alexa Richards
Phone No.: 501-604-5280

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

> The defendant shall submit to the search of his person, property, home, and vehicle by a United Sates probation officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn other residents that the premises may be subject to searches pursuant to this condition.

## CAUSE

Mr. Santos has requested to be supervised in the Eastern District of California to reside with his sister. Before accepting the release plan, the Eastern District of California has requested the above modification to assist in the supervision of Mr. Santos. Mr. Santos has agreed to the modification and signed a Prob 49, Waiver of Hearing to Modify Conditions of Supervised Release. On June 8, 2011, an attempt was made to contact Mr. Santos' retained counsel, Mr. Laws. As of this date, there has been no response by Mr. Laws.

Case 4:07-cr-00047-JLH   Document 33   Filed 07/13/11   Page 2 of 3

Prob 12B                             -2-                        Request for Modifying the
                                                          Conditions or Terms of Supervision
                                                               with Consent of the Offender

Name of Offender:  Michael Anthony Santos                    Case Number:  4:07CR00047-01 JLH

_Alan Schoessel_                                             _[signature]_

Alan R. Schoessel                                            Edward O. Walker
U.S. Probation Officer                                       Assistant U.S. Attorney

Date:  7-5-11                                                Date:  7-6-11

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_[signature]_
Signature of Judicial Officer

_July 13, 2011_
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_[signature]_
Supervising U.S. Probation Officer

ARS/khm

c:  Defense Attorney, Hugh Richardson Laws, P.O. Box 3000, Russellville, AR 72811-3000
    Assistant U.S. Attorney, Edward O. Walker, P.O. Box 1229, Little Rock, AR 72203

Prob 49
(03/89)

# United States District Court

## Eastern District of Arkansas

### Waiver of Hearing to Modify Conditions
### of Supervised Release

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

> The defendant shall submit to the search of his person, property, home, and vehicle by a United States probation officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

Witness _____     Signed _____
B. Russell  *Unit Manager*                      MICHAEL ANTHONY SANTOS
Case Manager                                    Supervised Releasee

_____5/31/2011_____
Date