PROB 12B
ED/AR (12/2010)



## United States District Court
### for the
### Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Michael Santos          Case Number: 4:07CR00047-01 JLH

Name of Sentencing Judicial Officer:   Honorable J. Leon Holmes
                                       Chief United States District Judge

Offense:              Possession with Intent to Distribute Methamphetamine

Date of Sentence:     June 26, 2008

Sentence:             120 months Bureau of Prisons, five years supervised release, $100 special penalty assessment, substance abuse treatment, and to be supervised in the district he is a legal resident

Type of Supervision:  Supervised release          Date Supervision Commenced: December 16, 2011
                                                  Expiration Date: December 15, 2016

Asst. U.S. Attorney: Ed Walker                    Defense Attorney: Hugh Laws

U.S. Probation Officer: Alexa L. Richards
Phone No.: 501-604-5280

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

**The defendant shall reside and participate in a residential community corrections center, for a period of up to 180 days; said placement shall commence as directed by the probation officer pursuant to 18 U.S.C. § 3563(b)(11).**

### CAUSE

Mr. Santos has been living at the halfway house in San Francisco, California, and maintained stable employment. He was originally scheduled to release to a relative in Sacramento, California. He would like to remain in San Francisco, in the halfway house in order to obtain an appropriate residence. Attorney Hugh Laws has agreed to the modification

Prob 12B -2- Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Michael Santos

_Alexa L. Richards_
Alexa L. Richards
U.S. Probation Officer

Date: December 14, 2011

Case Number: 4:07CR00047-01 JLH

_Ed Walker_
Ed Walker
Assistant U.S. Attorney

Date: DECEMBER 14, 2011

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_Signature_
Signature of Judicial Officer

_December 14, 2011_
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_Signature_
Supervising U.S. Probation Officer

c: Defense Attorney, Hugh Laws, P.O. Box 3000, Russellville, AR 72811-3000
Assistant U.S. Attorney, Ed Walker, P.O. Box 1229, Little Rock, AR 72203

Prob 49
(03/89)

# United States District Court

### Eastern District of California

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. The defendant shall reside and participate in a residential community corrections center, for a period of up to 180 days; said placement shall commence as directed by the probation officer pursuant to 18 USC 3563(b)(11).

| Witness | *Kathy Boak* | Signed | *Michael Santos* |
|---|---|---|---|
| | KATHY WOODS<br>Case Manager | | MICHAEL ANTHONY SANTOS<br>Supervised Releasee |
| | 12-6-11 Date | | |

Rev. 5/2008
VIOLATION_WAIVER (PROB49).MRG